IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMERY LEE, | : | Civil No. 3:19-cv-2185 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WARDEN DOUGLAS K. WHITE, | : | |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 22nd day of January 2020, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DEEMED filed and DISMISSED without prejudice. *See* R. GOVERNING §2254 CASES Rules 1, 4.

2. The Clerk or Court is directed to NOTIFY the Petitioner and CLOSE this case.

3. The dismissal is without prejudice to Petitioner's right to pursue his civil rights claims in a properly filed civil rights complaint.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court